

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 1 5 2000

LUTHER ...... RK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:00-CR-805 |
| ERIC ROBERT RUDOLPH | : | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

### Bombing at Centennial Olympic Park

On or about July 27, 1996, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, did maliciously damage and destroy, by means of an explosive, property used in activities affecting interstate and foreign commerce, namely, property in and around Centennial Olympic Park in Atlanta, Georgia, which prohibited conduct directly and proximately caused death to a person, Alice Hawthorne, and personal injury to numerous other persons, in violation of Title 18, United States Code, Section 844(i).

### COUNT TWO

### Carrying and Use of Destructive Device

On or about July 27, 1996, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the crime described in

Count One above, did knowingly use and carry a firearm, that is, a destructive device, in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

### Transportation of Explosive Used in Olympic Park Bombing

On or about July 26, 1996, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, did transport in interstate commerce an explosive with the knowledge and intent that the explosive would be used to kill, injure, and intimidate individuals and to unlawfully damage and destroy property, namely, persons and property in and around Centennial Olympic Park in Atlanta, Georgia, which prohibited conduct directly and proximately caused death to a person, Alice Hawthorne, and personal injury to numerous other persons, in violation of Title 18, United States Code, Section 844(d).

## COUNT FOUR

### 911 Bomb Threat Call

On or about July 27, 1996, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, through the use of a telephone, did willfully make a threat concerning an attempt being made to kill, injure, and intimidate individuals and to unlawfully damage and destroy property by means of an explosive, in that the defendant made a telephone call to the 911 emergency system at the Atlanta Police Department during which he stated,

"THERE IS A BOMB IN CENTENNIAL PARK; YOU HAVE THIRTY MINUTES," in violation of Title 18, United States Code, Section 844(e).

## COUNT FIVE

### First Bombing at the Atlanta Clinic

On or about January 16, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, did maliciously damage and destroy, by means of an explosive, property used in activities affecting interstate commerce, namely, the Sandy Springs Professional Building located at 275 Carpenter Drive in Sandy Springs, Georgia, and property in and around that building including the offices of Northside Family Planning Services, in violation of Title 18, United States Code, Section 844(i).

## COUNT SIX

### Carrying and Use of Destructive Device

On or about January 16, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the crime described in Count Five above, did knowingly use and carry a firearm, that is, a destructive device, in violation of Title 18, United States Code, Section 924(c), such violation being a second and subsequent violation of that section.

## COUNT SEVEN

### Second Bombing at the Atlanta Clinic

On or about January 16, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, did maliciously damage and destroy, by means of an explosive, property used in activities affecting interstate commerce, namely, property outside the Sandy Springs Professional Building located at 275 Carpenter Drive in Sandy Springs, Georgia, which prohibited conduct directly and proximately caused personal injury to numerous persons, in violation of Title 18, United States Code, Section 844(i).

## COUNT EIGHT

### Carrying and Use of Destructive Device

On or about January 16, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the crime described in Count Seven above, did knowingly use and carry a firearm, that is, a destructive device, in violation of Title 18, United States Code, Section 924(c), such violation being a second and subsequent violation of that section.

## COUNT NINE

### Transportation of Explosives Used in Atlanta Clinic Bombings

On or about January 16, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, did transport in interstate commerce explosives with the knowledge and intent that the explosives would be used to kill, injure, and intimidate individuals and to unlawfully damage and destroy property, namely, the Sandy Springs Professional Building located at 275 Carpenter Drive in Sandy Springs, Georgia, and persons and property in and around that building including the offices of Northside Family Planning Services, which prohibited conduct directly and proximately caused personal injury to numerous persons, in violation of Title 18, United States Code, Section 844(d).

## COUNT TEN

### First Bombing at The Otherside Lounge

On or about February 21, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, did maliciously damage and destroy, by means of an explosive, property used in activities affecting interstate commerce, namely, The Otherside Lounge located at 1924 Piedmont Road in Atlanta, Georgia, and property in and around that building, which prohibited conduct directly and proximately caused personal injury to several persons, in violation of Title 18, United States Code, Section 844(i).

## COUNT ELEVEN

### Carrying and Use of Destructive Device

On or about February 21, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the crime described in Count Ten above, did knowingly use and carry a firearm, that is, a destructive device, in violation of Title 18, United States Code, Section 924(c), such violation being a second and subsequent violation of that section.

## COUNT TWELVE

### Second Bombing at The Otherside Lounge

On or about February 21, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, did maliciously damage and destroy and attempt to damage and destroy, by means of an explosive, property used in activities affecting interstate commerce, namely, The Otherside Lounge located at 1924 Piedmont Road in Atlanta, Georgia, and property in and around that building, in violation of Title 18, United States Code, Section 844(i).

## COUNT THIRTEEN

### Carrying and Use of Destructive Device

On or about February 21, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, during and in

relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the crime described in Count Twelve above, did knowingly use and carry a firearm, that is, a destructive device, in violation of Title 18, United States Code, Section 924(c), such violation being a second and subsequent violation of that section.

## COUNT FOURTEEN
### Transportation of Explosives Used in Otherside Lounge Bombings

On or about February 21, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, did transport in interstate commerce explosives with the knowledge and intent that the explosives would be used to kill, injure, and intimidate individuals and to unlawfully damage and destroy property, namely, The Otherside Lounge located at 1924 Piedmont Road in Atlanta, Georgia, and persons and property in and around that building, which prohibited conduct directly and proximately caused personal injury to numerous persons, in violation of Title 18, United States Code, Section 844(d).

## COUNTS FIFTEEN THROUGH EIGHTEEN
### The Atlanta "Army of God" Letters

On or about February 21, 1997, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, through the use of the mail, did willfully make threats concerning an attempt and alleged attempt being made and to be made to kill, injure, and

intimidate individuals and to unlawfully damage and destroy property by means of an explosive, in that the defendant wrote letters claiming responsibility for committing the bombings at the Sandy Springs Professional Building and The Otherside Lounge described in this Indictment, and threatening to commit additional bombings in the future, and mailed those letters from north Georgia to the following addressees in Atlanta, Georgia:

| Count | Addressee |
|---|---|
| 15 | REUTERS AMERICA<br>NEWS TIP<br>1355 PEACHTREE ST. N.E.<br>ATLANTA, G.A. |
| 16 | A.J.A.C. NEWS TIP<br>71 MARIETTA ST. NW<br>ATLANTA, GA. |
| 17 | N.B.C. NEWS BUREAU<br>1175 PEACHTREE ST.  N.E.<br>ATLANTA, G.A. |
| 18 | W.S.B. TELEVISION CH. 2<br>NEWS TIP<br>1601 WEST PEACHTREE ST.<br>ATLANTA, G.A.<br>30309, |

in violation of Title 18, United States Code, Section 844(e).

## COUNT NINETEEN

### Transportation of Explosive Used in Birmingham Clinic Bombing

On or about January 29, 1998, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, did transport in interstate commerce an explosive with the knowledge and intent that the explosive would be used to kill, injure, and intimidate individuals and to unlawfully damage and destroy property,

namely, the New Woman All Women Health Care Clinic located at 1001 17th Street South in Birmingham, Alabama, and persons and property in and around that building, which prohibited conduct directly and proximately caused death to a person, Robert Sanderson, and personal injury to another person, in violation of Title 18, United States Code, Section 844(d).

### COUNTS TWENTY AND TWENTY-ONE

### Birmingham "Army of God" Letters

On or about January 29, 1998, in the Northern District of Georgia, the defendant, ERIC ROBERT RUDOLPH, through the use of the mail, did willfully make threats concerning an attempt and alleged attempt being made and to be made to kill, injure, and intimidate individuals and to unlawfully damage and destroy property by means of an explosive, in that the defendant wrote letters claiming responsibility for committing the bombing at the New Woman All Women Health Care Clinic described in this Indictment, and threatening to commit additional bombings in the future, and mailed those letters from Birmingham, Alabama, to the following addressees in Atlanta, Georgia:

| Count | Addressee |
|---|---|
| 20 | REUTERS AMERICA I.N.C.<br>1355 PEACHTREE ST. N.E.<br>ATLANTA, GA.  30309 |
| 21 | A.J.A.C.<br>71 MARIETTA ST. N.W.<br>ATLANTA, GA.  30309, |

in violation of Title 18, United States Code, Section 844(e).

A ___True___ BILL

_____
FOREPERSON


NINA L. HUNT
ACTING UNITED STATES ATTORNEY
Georgia Bar No. 378625

F. GENTRY SHELNUTT
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 640350

SALLY QUILLIAN YATES
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 591250

DAVID E. NAHMIAS
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 534106

1800 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30335
(404)581-6000

ATTEST: A TRUE COPY
CERTIFIED THIS

NOV 15 2000

Luther D. Thomas, Clerk
By B. Walker
Deputy Clerk