FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SEP 2 3 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CAUSE NUMBER:   1:00-CR-805 |
| | ) | |
| ERIC ROBERT RUDOLPH, | ) | |
| | ) | |
| Defendant. | ) | |

**SENTENCING HEARING**

**AUGUST 22, 2005**

**BEFORE THE HON. CHARLES A. PANNELL, JR.**

APPEARANCES:

| | |
|---|---|
| ON BEHALF OF GOVERNMENT: | HON. DAVID NAHMIAS |
| | MS. SALLY QUILLIAN YATES |
| | MS. PHYLLIS SUMNER |
| | MR. JOEY BURBY |
| | |
| ON BEHALF OF DEFENDANT: | MS. STEPHANIE KEARNS |
| | MR. PAUL STEPHEN KISH |
| | MR. BRIAN MENDELSOHN |
| | MR. CARL LIETZ |

Reported by:
Martha J. Frutchey
U.S. District Reporter
Room 2314, U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia  30303-3361
(404) 215-1573